IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 08-302 |
| v. ) | |
| ) | (29 U.S.C. §§ 501(c)) |
| MICHAEL R. RHOADES ) | |

## INDICTMENT

The grand jury charges:

From in or around June 2006 through November 2006, in the Western District of Pennsylvania, the defendant, MICHAEL R. RHOADES, while serving as an officer, that is Secretary/Treasurer for the Communication Workers, AFL-CIO, Local Union 88667 (hereinafter Local Union 88667), a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the amount of $8,001.86.

In violation of Title 29, United States Code, Section 501(c).

A True Bill,

_____
Foreperson

_____
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254